```
                              United States Bankruptcy Court
                              Eastern District of Wisconsin
In re:                                                                     Case No. 12-28228-beh
Sherwood Lee Alper                                                         Chapter 13
        Debtor                      CERTIFICATE OF NOTICE
District/off: 0757-2          User: pcw                   Page 1 of 2                   Date Rcvd: Mar 23, 2016
                              Form ID: pdf1               Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2016.
db             +Sherwood Lee Alper,    4785 S. 13th street,    Milwaukee, WI 53221-2405
nfs            +Beverly J Alper,    4785 S. 13th street,    Milwaukee, WI 53221-2405
7794775         American Express,    P. O. Box 0001,    Los Angeles, CA 90096-8000
7945502         American Express Centurion Bank,     c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
7832173        ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  FIA CARD SERVICES, N.A.,    PO Box 15102,
                  Wilmington, DE 19886-5102)
7794777         BMO Harris Bank,    P.O. Box 1111,    Madison, WI 53701-1111
7975843         Capital One NA,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
7794779        +Citi Cards,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
7794780        +Discover Financial-Bky Dept,    P.O. Box 8003,    Hilliard, OH 43026-8003
7794782        +HSBC/Boston Store,    P.O. Box 5253,    Carol Stream, IL 60197-5253
7794788         Sears/Citibank,    P.O. Box 183082,    Columbus, OH 43218-3082
7794789         Wisconsin Dept of Revenue,    819 N. 6th Street; Room 408,    Milwaukee, WI 53203-1606

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: bnc@bass-associates.com Mar 24 2016 00:31:46     Patti H. Bass,
                 Bass & Associates, P.C.,    3936 E Ft Lowell Rd Suite 200,    Tucson, AZ  85712-1083
cr             +E-mail/Text: bnc@bass-associates.com Mar 24 2016 00:31:46     Capital One, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
cr             +E-mail/Text: bncmail@w-legal.com Mar 24 2016 00:33:26      OAK HARBOR CAPITAL VI, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    Seattle, WA 98121-3132
cr             +E-mail/Text: bnc@bass-associates.com Mar 24 2016 00:31:46     eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    Tuscson, AZ 85712-1083
7924998        +E-mail/Text: bnc@bass-associates.com Mar 24 2016 00:31:45     Capital One, N.A.,
                 c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
7809648         E-mail/Text: mrdiscen@discover.com Mar 24 2016 00:31:49     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
7794781        +E-mail/PDF: gecsedi@recoverycorp.com Mar 24 2016 00:24:08      GEMB/JCPenney,    P.O. Box 981402,
                 El Paso, TX 79998-1402
7794783         E-mail/Text: cio.bncmail@irs.gov Mar 24 2016 00:32:26     IRS-Insolvency,
                 211 w. wisconsin ave,    Milwaukee, WI 53202
7794784         E-mail/Text: bnckohlsnotices@becket-lee.com Mar 24 2016 00:32:18      Kohl’s Department Store,
                 P.O. Box 2983,    Milwaukee, WI 53201-2983
7794785         E-mail/Text: bankruptcy@landmarkcu.com Mar 24 2016 00:33:05      Landmark Credit Union,
                 2775 S. Moorland Rd.,    New Berlin, WI 53151
7813423         E-mail/Text: bankruptcy@landmarkcu.com Mar 24 2016 00:33:05      Landmark Credit Union,
                 P.O. Box 510870,    New Berlin, WI  53151-0870
7966336        +E-mail/Text: bncmail@w-legal.com Mar 24 2016 00:33:26      Oak Harbor Capital VI, LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
7965326         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 24 2016 00:24:13
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
8289955        +E-mail/Text: bnc@bass-associates.com Mar 24 2016 00:31:46     eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    Tucson, AZ 85712-1083
                                                                                               TOTAL: 14

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7794778*        BMO Harris Bank,    P.O. Box 1111,    Madison, WI 53701-1111
7794786*       ++LANDMARK CREDIT UNION,    P O BOX 510870,    NEW BERLIN WI 53151-0870
                (address filed with court:  Landmark Credit Union,    2775 S. Moorland Rd.,
                  New Berlin, WI 53151)
7794787*       ++LANDMARK CREDIT UNION,    P O BOX 510870,    NEW BERLIN WI 53151-0870
                (address filed with court:  Landmark Credit Union,    2775 S. Moorland Rd.,
                  New Berlin, WI 53151)
7972029*       +Oak Harbor Capital VI, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
7794774        ##AAA/Bank of America,    Credit Dispute Department,    P.O. Box 17054,    Wilmington, DE 19850-7054
7966467        ##+BMO HARRIS BANK N.A.,    3800 WEST GOLF ROAD, SUITE 300,    ROLLING MEADOWS, IL 60008-4037
7794776        ##Bank of America,    Credit Dispute Department,    P.O. Box 17054,    Wilmington, DE 19850-7054
                                                                                              TOTALS: 0, * 4, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2016                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2016 at the address(es) listed below:
              Aaron  Bernstein    on behalf of Defendant   BMO HARRIS, N.A., its successors, servicing agents
               and/or assigns abernstein@gpjlaw.com
              Office of the U. S. Trustee    ustpregion11.mi.ecf@usdoj.gov
              Rebecca R. Garcia    filings@ch13oshkosh.com
              Rebecca R. Garcia    on behalf of Trustee Rebecca R. Garcia filings@ch13oshkosh.com
              William H. Green    on behalf of Debtor Sherwood Lee Alper willbky4545@gmail.com
              William H. Green    on behalf of Plaintiff Sherwood Lee Alper greenkapsos@gmail.com
                                                                                            TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re:
SHERWOOD LEE ALPER
4785 S 13Th Street
Milwaukee, WI 53221

Chapter 13

Case No. 2012-28228-BEH-13

Debtors

# MOTION AND NOTICE OF MOTION TO DISMISS - CONFIRMED PLAN

NOTICE IS HEREBY GIVEN that the Chapter 13 Standing Trustee, Rebecca R. Garcia pursuant to 11 U.S.C. 1307(c), does hereby move the Court for an Order dismissing this case for cause, including;

Material default with regard to a confirmed plan, specifically for the reason that the debtors:

Failure to make payments as required by 11 U.S.C. § 1326.
Failure to pay the remaining $5.00 to the Office of the Chapter 13 Trustee for one-half of the net tax refunds from 2014.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, should you have one in this case.  (If you do not have an attorney, you may wish to consult one).

**ANY OBJECTION TO THE RELIEF REQUESTED BY THIS MOTION SHOULD BE IN WRITING SPECIFYING LEGALLY SUFFICIENT GROUNDS WHY THE MOTION SHOULD NOT BE GRANTED AND SHOULD BE FILED IN DUPLICATE WITH THE CLERK OF THE U.S. BANKRUPTCY COURT, ROOM 126, U.S. COURTHOUSE, 517 EAST WISCONSIN AVENUE, MILWAUKEE, WISCONSIN 53202 WITHIN 21 DAYS OF THE DATE OF THE MAILING OF THIS NOTICE.  SHOULD AN OBJECTION NOT BE IN COMPLIANCE WITH THESE REQUIREMENTS THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.  IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY ENTER AN ORDER GRANTING THAT RELIEF.**

/s/ Jennifer K. Marchinowski
Staff Attorney

**Rebecca R. Garcia**
**Chapter 13 Standing Trustee**
**P O Box 3170**
**Oshkosh, WI 54903-3170**
**920.231.2150**
**Fax 920.231.5713**
**E-mail info@ch13oshkosh.com**

Generated March 23, 2016