UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

IN RE: Sherwood Lee Alper            Case No. 12-28228-beh/13
            Debtor(s).

**NOTICE AND OBJECTION TO MOTION TO DISMISS**

    PLEASE TAKE NOTICE that a telephone hearing will be held before the Honorable Beth E. Hanan, United States Bankruptcy Judge,o May 10, 2016 , at 10:30 am to consider the Trustee's Motion to Dismiss this case.1-888-808- 6929, and enter access code 9122579 before the scheduled hearing time.   Please note that the Court may already be in session, so please wait quietly on the telephone for your case to be called.  The Debtor is welcome, but not required to participate in this hearing.

1. Debtor is making payments, and has caught up on any default.
2. $5.00 is a diminimus amount which is not a substantial default.
3. Debtor's plan remains feasible, and in fact overpays the creditors in relation to dividend paid creditors in the confirmed plan.

WHEREFORE debtor prays to this Court to deny the motion

WHEREFORE Debtor requests that the motion of the Chapter 13 Trustee be denied.

    Dated at Milwaukee, Wisconsin this April 4, 2016

Attorney for the debtors

_/s/_____
William H. Green SBN 1001678
dba Will Green Law Office
1126 S. 70th Street, Suite N400
West Allis, WI  53214
414-763-7266 phone
414-460-3335 cell
willbky4545@gmail.com